## Orsatti *v.* Supreme Lodge Order of Sons of Italy in America, Appellant.

Argued November 18, 1963. Before BELL, C. J., JONES, COHEN, O'BRIEN and ROBERTS, JJ.

*John W. Fawcett, III,* with him *Bruce B. Wilson,* and *Montgomery, McCracken, Walker & Rhoads,* for appellants.

*Lawrence J. Richette,* for appellee.

OPINION PER CURIAM, January 7, 1964:
Judgment affirmed.

Mr. Justice MUSMANNO took no part in the consideration or decision of this case.